# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNTIED STATES OF AMERICA,**
    **Plaintiff,**

v.     CASE NO.: 8:23-cr-342-JSM-SPF

**RAUL BAYONA RINCON,**
    **Defendant.**
_____/

## MOTION TO WITHDRAW

**COMES NOW** the Defendant, **RAUL BAYONA RINCON**, by and through undersigned counsel, pursuant to Fed. R.Crim. P. 12(b), and Middle District Rule 2.02, and respectfully requests that this Honorable Court enter its order allowing undersigned counsel to withdraw from representation and to appoint the Defendant counsel pursuant to the Criminal Justice Act (CJA), and in furtherance thereof, would state unto the Court the following:

1. That a grand jury returned a an Indictment on December 7, 2023. (Doc. 21). The Defendant is charged with: 1) 21 U.S.C. §§ 963 and 960(b)(1)(B)(ii), Conspiracy to Import Cocaine Into the United States.

2. That the Arraignment was held on April 25, 2025, and the Court entered an Order finding the Defendant indigent that appointed undersigned to represent the Defendant. (Doc. 117).

3. That undersigned counsel has been negotiating with the Government in regards to the plea agreement that has been provided.

4. That the relationship between undersigned counsel and the Defendant has soured to the point that undersigned is no longer able to effectively communicate with the Defendant, and therefore undersigned counsel is not able to provide adequate legal representation in this case as the attorney-client relationship is broken.

5. That undersigned counsel is filing this Motion based on professional considerations and the inability of counsel to effectively communicate, and therefore represent the Defendant.

6. That the communication issue has been exacerbated by the Defendant's medical condition, an unknown issue with his left foot that requires him to use crutches and is adversely affecting his sleep. The Defendant has indicated that he is not receiving adequate medical treatment at the jail's medical facility.

7. That the Defendant approves of this Motion.

8. That the Defendant has remained incarcerated during the pendency of this case.

9. That the Defendant requests that another attorney be appointed to represent him in his case.

**WHEREFORE** undersigned counsel respectfully requests that this Honorable Court enter its Order allowing undersigned counsel to withdraw and to appoint an attorney that is signed up for representation via the Criminal Justice Act.

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 6th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, furnishing notice of the electronic filing to the United States Attorney's Office.

                         THE REID FIRM
                         **/S/JASON REID**
                         JASON REID, Esq.
                         Fla. Bar No. 28307
                         Attorney for the Defendant
                         912 7th Ave. E.
                         Bradenton, FL 34208
                         941-920-5662
                         attyjreid@icloud.com
                         jreid@thereidlawfirm.com