# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNTIED STATES OF AMERICA,**
    **Plaintiff,**

**v.**                                                                                    **CASE NO.: 8:23-cr-342-JSM-SPF**

**RAUL BAYONA RINCON,**
    **Defendant.**
_____/

## MOTION TO CONTINUE TRIAL

Comes now the Defendant, by and through undersigned counsel, and respectfully requests that the Trial in the above -styled cause be reset to a later Trial Period, and in furtherance thereof, the Defendant would state unto the Court the following:

1. That a grand jury returned a an Indictment on December 7, 2023. (Doc. 21). The Defendant is charged with: 1) 21 U.S.C. §§ 963 and 960(b)(1)(B)(ii), Conspiracy to Import Cocaine Into the United States.

2. That the Arraignment was held on April 25, 2025, and the Court entered an Order finding the Defendant indigent that appointed undersigned to represent the Defendant. (Doc. 117).

3. That the Defendant has received discovery and has reviewed it in its entirety.

4. That the Defendant has been housed at the Citrus County Detention Facility during the pendency of this case.

5. That a Plea Agreement has been provided and is in the process of being translated into Spanish for the Defendant.

6. That undersigned counsel has been conducting plea negotiations for the Defendant.

7. That during the course of representation a professional conflict arose and a Motion to Withdraw is pending before this Court.

8. That Luis Diaz-Martinez is the remaining codefendant, all others have entered a plea agreement with the Government, and Diaz-Martinez has moved to continue trial. (Doc. 236).

9. Undersigned counsel spoke with counsel for the Government, Lauren Stoia, and the Government does not object to this Motion.

WHEREFORE, the Defendant respectfully requests that the trial in the above-styled cause be reset to a later Trial Calendar.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on 10th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the United States Attorney's Office.

                                          THE REID FIRM
                                          **/S/JASON REID**
                                          JASON REID, Esq.
                                          Fla. Bar No. 28307
                                          Attorney for the Defendant
                                          9th Ave. E. Bradenton, FL 34208
                                          941-920-5662
                                          attyjreid@icloud.com
                                          jreid@thereidlawfirm.com