**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO: 8:23-cr-342-JSM-SPF

LUIS CARLOS DIAZ MARTINEZ
and
RAUL LEONARDO BAYONA RINCON

_____

## **ORDER**

THIS CAUSE comes before the Court upon Defendant Luis Carlos Diaz Martinez's Unopposed Motion to Continue Trial (Dkt. 236) and Defendant Raul Leonardo Bayona Rincon's Unopposed Motion to Continue Trial (Dkt. 239). Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. Said Motions to Continue are GRANTED to the extent that the case is removed from the November 2025 trial term and placed on the December 2025 trial term as to BOTH REMAINING DEFENDANTS. This case will be set for a date certain jury trial scheduled to commence on Monday, December 1, 2025, at 9:00 AM.

2. The Court finds the ends of justice served by the continuance for the reasons stated in the motions outweigh the best interest of the public and the Defendants in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

      **DONE** and **ORDERED** in Tampa, Florida, this 13th day of November, 2025.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record