**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

The following cases have been set for trial during the **DECEMBER 2025** trial term beginning on **December 1, 2025, and running through January 2, 2026.** in the Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, before the **Honorable James S. Moody, Jr.** Counsel will be notified of their trial start date by the CM/ECF electronic notification system. Counsel shall appear by 8:45 a.m. for jury selection on the first day of trial unless otherwise advised by the Court.

The cases are listed in the order in which they will be tried, although experience indicates that at times cases may be called out of order. For the convenience of counsel, the names of all counsel are furnished so that counsel may keep themselves informed of the progress of the cases listed prior to their own. **IT IS EXPECTED THAT ALL CASES WILL BE REACHED DURING THIS TRIAL TERM.** Cases not reached will automatically be rolled over to the next trial term calendar.

An Exhibit List shall be electronically filed before the start of trial. All Exhibits are to be pre-marked in accordance with the attached instructions. M.D. Fla. Rule 3.07. (See also M.D. Fla. Rule 5.03.)

**JURY TRIALS:** NO LATER than two (2) business days prior to the first day of trial, counsel shall electronically file proposed voir dire, jury instructions, and verdict forms, serve copies on opposing counsel, and provide the courtroom deputy with a copy for use by the Judge. **Counsel shall e-mail proposed jury instructions and verdict forms in Word format to**: **chambers_flmd_moody@flmd.uscourts.gov.**

**CRIMINAL CASES:** Written plea agreements must be filed by 4:00 p.m. on the Wednesday before the start of trial. All guilty pleas must be ACCEPTED by the Magistrate Judge before 12:00 p.m. the Friday before the start of trial, unless permission is specially granted from the Court. If an extraordinary situation arises, the Court may accept guilty pleas after the 12:00 p.m. deadline under the following conditions:

(1) The plea will be open, and (2) the Defendant will NOT receive credit for acceptance of responsibility at the time of sentencing, unless good cause is shown.

**Note:** Photo IDs are required for entrance into the federal courthouse. Electronic devices are prohibited beyond the courthouse's security checkpoint. However, any Assistant United States Attorney, Assistant Federal Public Defender, law enforcement officer on official business, and attorney permitted to practice law in the Middle District of Florida may bring an electronic device beyond the courthouse's security checkpoint by presenting valid agency identification, a Florida Bar identification card, or *pro hac vice* order.

If you have any questions regarding Judge Moody's trial calendar, you may call Courtroom Deputy Kristin Carreon at 813-301-5697 or Judicial Assistant Sara Boswell at 813-301-5680.



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HONORABLE JAMES S. MOODY, JR.**
SAM M. GIBBONS COURTHOUSE

DECEMBER 2025
TRIAL CALENDAR

---

| | |
|---|---|
| **CASE NO. 1** | Case No.: 8:23-cr-342-JSM-SPF |
| **JURY TRIAL** | 3+ days |
| **UNITED STATES OF AMERICA** | Lauren Stoia, AUSA, 813-274-6000 |
| | Michael Buchanan, AUSA, 813-274-6000 |
| vs. | |
| **LUIS CARLOS DIAZ MARTINEZ (5)** | Yuli Kotler, CJA, 732-690-3025 |
| **(Custody)** | |
| **RAUL LEONARDO BAYONA RINCON (8)** | Jason Reid, CJA, 941-920-5662 |
| **(Custody)** | |

**JURY TRIAL (DATE CERTAIN) SET FOR MONDAY, DECEMBER 1, 2025, AT 9:00 AM IN TAMPA COURTROOM 17.**

---

| | |
|---|---|
| **CASE NO. 2** | Case No.: 8:25-cr-455-JSM-CPT |
| **JURY TRIAL** | 3+ days |
| **UNITED STATES OF AMERICA** | David Chee, AUSA, 813-274-6000 |
| vs. | |
| **AUSTIN RICHARD LOZADA** | Ryan Maguire, AFPD, 813-228-2715 |
| **(Bond)** | |

**THIS TRIAL WILL SERVE AS THE BACK-UP TO THE CASE PRECEDING IT ON THE TRIAL CALENDAR. THE PARTIES SHALL BE PREPARED TO PROCEED WITH TRIAL OF THIS CASE BY MONDAY, DECEMBER 1, 2025.**

---

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of November, 2025.



JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
United States Courthouse
Tampa, Florida 33602

NOTICE TO COUNSEL

REGARDING TRANSCRIPT(S) FROM COURT REPORTER

    If transcripts are desired to be ordered, <u>especially daily, hourly, or expedited</u>, counsel must contact Judge Moody's chambers, <u>PRIOR</u> to the commencement of the trial or hearing. Please be aware that the reporter needs to secure other reporters and/or editing personnel to cover the court's docket and prepare transcript on deadline.

    Financial arrangements and payment <u>MUST</u> be made to the court reporter before the proceeding begins.

    Counsel shall furnish to the court reporter case cites, technical, medical and specialized terminology pertinent to the case, proper names, and copies of documents that are read into the record.

**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Elizabeth M. Warren
Clerk

NOTICE TO COUNSEL
INSTRUCTIONS REGARDING THE PRE-MARKING OF EXHIBITS

    Local Rule 3.07 requires each party to obtain from the Clerk, in advance of trial, tabs or labels for <u>pre-marking</u> and identification of each exhibit proposed to be offered in evidence or otherwise tendered to any witness during trial.  To assist you in this regard, copies of Court-approved Exhibit Lists and Exhibit Tags are attached for your use.  The case number and style should be appropriately inserted on these forms which may then be reproduced on your office copier in such quantities as required.  These tags are designed to assist counsel and the Court in controlling and managing exhibits throughout the trial.

    **Additionally, please provide the Courtroom Deputy Clerk with a CD or USB thumb drive containing your exhibits the morning of the first day of trial.  Each exhibit file size shall be saved in PDF format and be no more than 10,000 KB (10 MB).**

    Counsel should consecutively number each exhibit tag and <u>staple</u> the exhibit tag to the upper right corner of each exhibit.  Thereafter, counsel should prepare the Exhibit List and provide a description of each consecutively numbered exhibit, and sub-exhibit, sufficient to identify it throughout trial.

    Composite exhibits should be identified by using the main exhibit's sequential number and an alphabetical suffix to identify the composite portions of the exhibit:  e.g., if the main exhibit is number 20 and there are two sub-parts to the exhibit, then the main exhibit should be numbered 20-A, the first sub-part numbered 20-B, and final sub-part numbered 20-C.

    Local Rule 3.07(b) requires counsel to furnish copies of their Exhibit List to all other counsel at the commencement of trial.

    **NOTE**:  These instructions are purposely general in nature and are intended to supplement the Local Rules and any other instructions issued by the trial judge.  Accordingly, counsel shall be responsible for ensuring that any additional requirements established by the trial judge are also met.

                                                                                                 ELIZABETH M. WARREN, CLERK
                                                                                                  Attachments

**Addendum: Judge Moody does not require a courtesy copy of the physical exhibits for his use during trial. One complete set of physical exhibits should be provided to the Courtroom Deputy at the commencement of trial for use during the presentation of evidence, which will be maintained and kept as part of the official record. Provide the Courtroom Deputy Clerk a courtesy copy of the exhibits on a CD or USB thumb drive as follows, each exhibit shall be: (1) in PDF format; (2) separately named to correspond with the parties' exhibit list; (3) labeled with an exhibit tag either in front of or on the exhibit; and (4) shall not exceed 10,000 KB (10 MB). If the exhibit is a video or audio recording, it must be individually loaded onto a separate CD or USB drive. Counsel must also provide the jury, if applicable, the exhibits on a CD or USB drive in similar fashion as described above for use during deliberations.**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Plaintiff(s),** ☐
**Government** ☐

**Case No:**

v.

**Defendant(s),** ☐

| | | TRIAL EXHIBIT LIST | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Case Number:** _____  **Page** _____**of** _____ **Pages**

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT LIST -- CONTINUATION SHEET**

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

| U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT**<br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br>_____<br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT**<br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br>_____<br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT**<br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br>_____<br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ |
|---|---|---|
| U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT**<br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br>_____<br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT**<br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br>_____<br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT**<br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br>_____<br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ |
| U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT**<br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br>_____<br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT**<br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br>_____<br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT**<br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br>_____<br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ |

| U.S. District Court<br>Middle District of Florida<br>**DEFENDANT'S EXHIBIT**<br>Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | U.S. District Court<br>Middle District of Florida<br>**DEFENDANT'S EXHIBIT**<br>Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | U.S. District Court<br>Middle District of Florida<br>**DEFENDANT'S EXHIBIT**<br>Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: |
|---|---|---|
| U.S. District Court<br>Middle District of Florida<br>**DEFENDANT'S EXHIBIT**<br>Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | U.S. District Court<br>Middle District of Florida<br>**DEFENDANT'S EXHIBIT**<br>Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | U.S. District Court<br>Middle District of Florida<br>**DEFENDANT'S EXHIBIT**<br>Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: |
| U.S. District Court<br>Middle District of Florida<br>**DEFENDANT'S EXHIBIT**<br>Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | U.S. District Court<br>Middle District of Florida<br>**DEFENDANT'S EXHIBIT**<br>Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | U.S. District Court<br>Middle District of Florida<br>**DEFENDANT'S EXHIBIT**<br>Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: |

| U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br><br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ | U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br><br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ | U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br>_____<br>**Case Number:**<br>_____<br><br>**v.**<br>_____<br>**Date Identified:**<br>_____<br>**Date Admitted:**<br>_____ |
|---|---|---|
| U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br>**Case Number:**<br>**v.**<br>**Date Identified:**<br>**Date Admitted:** | U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br>**Case Number:**<br>**v.**<br>**Date Identified:**<br>**Date Admitted:** | U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br>**Case Number:**<br>**v.**<br>**Date Identified:**<br>**Date Admitted:** |
| U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br>**Case Number:**<br>**v.**<br>**Date Identified:**<br>**Date Admitted:** | U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br>**Case Number:**<br>**v.**<br>**Date Identified:**<br>**Date Admitted:** | U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br>**Case Number:**<br>**v.**<br>**Date Identified:**<br>**Date Admitted:** |