UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNTIED STATES OF AMERICA,**
    **Plaintiff,**

v.                                            **CASE NO.: 8:23-cr-342-JSM-SPF**

**RAUL BAYONA RINCON,**
    **Defendant.**
_____/

**NOTICE OF CASE STATUS ON PLEA HEARING DATE**

**COMES NOW** the Defendant, by and through undersigned counsel, pursuant to this Honorable Court's November 19, 2025, Order (Doc. 258) and respectfully notifies this Honorable Court and the Office of the United States Attorney of the status of the date of the change of plea hearing for the Defendant in the above-styled cause, and in furtherance thereof, the Defendant would state unto the Court the following:

1. That a grand jury returned a an Indictment on December 7, 2023. (Doc. 21). The Defendant is charged with: 1) 21 U.S.C. §§ 963 and 960(b)(1)(B)(ii), Conspiracy to Import Cocaine Into the United States.

2. That the Arraignment was held on April 25, 2025, and the Court entered an Order finding the Defendant indigent that appointed undersigned to represent the Defendant. (Doc. 117).

3. That the Defendant has received discovery and has reviewed it in its entirety.

4. That the Defendant has been housed at the Citrus County Detention Facility during the pendency of this case.

5. That undersigned counsel was out of the state from November 20-December 1, 2025, and worked diligently to schedule jail visits in order of case status and saw the Defendant with an interpreter on December 11, 2025.

6. That the Defendant signed both the English and Spanish versions of the plea agreement at the December 11, 2025, jail conference.

7. That undersigned counsel provided the signed plea agreement to the Government in the following days.

8. That the Government had to review the plea agreement and sign it and the plea agreement was filed on December 29, 2025. (Doc. 263).

9. That based on the Court's and counsels' schedules, the change of plea hearing is set for January 8, 2026, at 1:00 pm. (Doc. 265).

WHEREFORE, the Defendant respectfully requests that the Honorable Court accept the above as proper notice as directed in this Honorable Court in its Order granting a continuation of the trial date in the above-styled cause.

## CERTIFICATE OF SERVICE

I hereby certify that on 31st day of December, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the United States Attorney's Office, AUSA Lauren Stoia.

THE REID FIRM
**/S/JASON REID**
JASON REID, Esq.
Fla. Bar No. 28307
Attorney for the Defendant
912 7th Ave. E. Bradenton, FL 34208
941-920-5662
attyjreid@icloud.com
jreid@thereidlawfirm.com
F: 813-538-1973